UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| WALTER ANDERSON RICE<br>and SHERRY HAYES RICE,<br><br>Plaintiff<br><br>vs.<br><br>UNITED PARCEL SERVICE (UPS),<br>et al.,<br><br>Defendants | Case No.  7:06-cv-00381-SLB |

## FINAL JUDGMENT

On April 16, 2008, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by either the plaintiffs or the defendants.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby **ADOPTS** the report of the magistrate judge.  The court further **ACCEPTS** the recommendations of the magistrate judge, and it is, therefore,

**ORDERED**, **ADJUDGED** and **DECREED**, in accordance with Rule 58 of the Federal Rules of Civil Procedure, that the defendants' motion for summary judgment is due to be and hereby is **GRANTED**.  This action is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

DONE, this 4th day of June, 2008.

*Sharon Lovelace Blackburn*
SHARON  LOVELACE  BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE